IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 99-30071
Summary Calendar

PEARL HUMPHRIES; DOCK HUMPHRIES,

Plaintiffs-Appellants,

versus

PERSONAL HEALTH CARE GROUP, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
(98-CV-1982)

October 28, 1999

Before HIGGINBOTHAM, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

Personal Health Care Group, Inc., removed this diversity case to the district court, and the Humphries appeal the district court's denial of their motion to remand to state court. This order is the sole matter the Humphries appeal, and there has been no other order in this case that is subject to appeal. Standing alone, an order denying a motion to remand is not a final order appealable of right. *See, e.g., Aucoin v. Matador Services, Inc.*,

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

749 F.2d 1180 (5th Cir. 1985). The district court's order was not certified, and the Humphries did not petition under Fed. R. App. P. 5(a) for permission to appeal under our discretionary appellate jurisdiction. Accordingly, this appeal is DISMISSED for want of jurisdiction.